UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| EMILIO PINERO, | CASE NO.: 1:11-cv-22231-JAL |
| Plaintiff, | District Judge: Joan A. Lenard |
| v. | |
| PNS STORES, INC. and BIG LOTS STORES, INC., | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff, EMILIO PINERO, and Defendants, PNS STORES, INC. and BIG LOTS STORES, INC. ("Defendants"), having entered into a Confidential Settlement Agreement thereby resolving the claim brought in the above-referenced action against Defendants, hereby stipulate to the dismissal of the above-styled action *with prejudice* as to all Defendants and request the Court to enter a Final Order dismissing this cause *with prejudice*.

Dated: January 19, 2012.

Respectfully submitted,

| | |
|---|---|
| LAUREN N. WASSENBERG, ESQ. | DEMAHY LABRADOR DRAKE VICTOR PAYNE & CABEZA |
| 429 Lenox Avenue, Suite 4W23 | 6400 North Andrews Avenue, Suite 500 |
| Miami Beach, Florida 33139 | Ft Lauderdale, FL 33309 |
| Tel: 305-537-3723 | Tel:    954-229-9951 |
| Fax: 866-519-3748 | Fax:   954-229-9778 |
| ***Attorney for Plaintiff, Emilio Pinero*** | ***Attorney for Defendants*** |
| By:  s/ Lauren N. Wassenberg | By:  s/*Rachel M. Coe* |
| Lauren N. Wassenberg, Esq. | Rachel M. Coe, Esq. |
| Florida Bar No. 34083 | Florida Bar No. 108900 |
| E-mail: wassenberg@gmail.com | E-mail: rcoe@dldlawyers.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         s/ *Rachel M. Coe*
                                         Rachel M. Coe (FBN: 108900)
                                              rcoe@dldlawyers.com
                                         **DeMahy Labrador Drake**
                                             **Victor Payne & Cabeza**
                                         6400 North Andrews Avenue,
                                         Suite 500
                                         Fort Lauderdale, Florida 33309
                                         Tel:    954-229-9951
                                         Fax:    954-229-9778

### SERVICE LIST
### Case No. 1:11-cv-22231-JAL

| | |
|---|---|
| **Lauren Nicole Wassenberg** | **Rachel M. Coe** |
| 429 Lenox Avenue | DeMahy Labrador Drake |
| Suite 4W23 |    Victor Payne & Cabeza |
| Miami Beach, Florida 33139 | Suite 500 |
| Tel: 305-537-3723 | 6400 North Andrews Avenue |
| Fax: 866-519-3748 | Ft Lauderdale, FL 33309 |
| E-mail: wassenberg@gmail.com | Tel:    954-229-9951 |
| ***Attorney for Plaintiff, Emilio Pinero*** | Fax:    954-229-9778 |
| Transmission of NEF generated by CM.ECF | Email: rcoe@dldlawyers.com |
| | ***Attorney for Defendant,*** |
| |    ***PNS Stores and Big Lots Stores, Inc.*** |
| | Transmission of NEF generated by CM/ECF |