UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-22231-CIV-O'SULLIVAN

[CONSENT]

EMILIO PINERO,

    Plaintiff,

v.

PNS STORES, INC., BIG LOTS STORES, INC.,

    Defendant.
_____/

### ORDER

THIS MATTER is before the Court on the Stipulation of Dismissal (DE# 31, 1/19/12) that indicates that the parties have settled the matter. Accordingly, it is

ORDERED AND ADJUDGED that the matter is DISMISSED with prejudice. It is further

ORDERED AND ADJUDGED that all pending motions are denied as moot.

THE CLERK OF COURT IS DIRECTED TO MARK THIS CASE CLOSED.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **20th** day of February, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record